NO. 07-00-0511-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 8, 2002

_____

GUADALUPE ALANIZ, APPELLANT

V.

WAYNE CROTWELL, APPELLEE

_____

FROM THE 121ST DISTRICT COURT OF TERRY COUNTY;

NO. 14,675; HONORABLE KELLY G. MOORE, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant, Guadalupe Alaniz and the appellee, Wayne Crotwell, filed an Agreed Motion to Dismiss Appeal on July 30, 2002. The Agreed Motion to Dismiss is signed by both parties' counsel.

Without passing on the merits of the case, the parties' Agreed Motion to Dismiss Appeal is granted and the appeal is dismissed. Tex. R. App. P. 42.2. All costs having been paid, no order pertaining to the costs is made. Having dismissed the appeal at the

parties' request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Justice

Do not publish.